THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK
B. LOWN, Appellant, v. ALBERT H. COOK, as County
Treasurer of Ulster County, et al., Respondents.

*People ex rel. Lown* v. *Cook,* 158 App. Div. 74, affirmed.
(Argued October 22, 1913 ; decided November 18, 1913.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
August 26, 1913, which affirmed an order of Special
Term denying a motion for a peremptory writ of man-
damus to compel defendants to issue a receipt showing
payment of the transfer tax upon the estate of Charles
H. Roberts, deceased.

*Danforth E. Ainsworth* and *Harry C. Barker* for
appellant.

*Frederick E. W. Darrow* for county treasurer of
Ulster county, respondent.

*Thomas Carmody, Attorney-General (Henry Selden
Bacon* of counsel), for state comptroller, respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN,
CUDDEBACK, HOGAN and MILLER, JJ.